# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOAQUIN R. ARZATE, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-16-870-R |
| SCOTT PRUITT, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered September 19, 2016. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED.

IT IS SO ORDERED this 18th day of October, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE